THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MERLE INNOVATIONS, INC.,

Plaintiff,

v.

INTEL CORPORATION and APPLE INC.,

Defendants.

Case No. 2-25-cv-01824-TL

~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY PENDING RULING ON MOTION TO DISMISS**

This matter having come before the Court on Defendants' Motion for a Protective Order to Stay Discovery and the Court having considered the Motion, argument, and the following pleadings:

1. Defendants' Motion for a Protective Order to Stay Discovery;

2. Declaration of Anthony Todaro and attached exhibits;

3. Plaintiff's Opposition to Defendants' Motion for a Protective Order to Stay Discovery;

4. Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for a Protective Order to Stay Discovery;

5. Pleadings in court file;

This Court finding itself fully informed, hereby **GRANTS** Defendants' Motion for a Protective Order to Stay Discovery and **ORDERS** that discovery, including Defendants' response to Plaintiff's first sets of discovery requests, is stayed until 30 days after Defendants file

~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER TO STAY
DISCOVERY - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

their Answers, should the Court deny Defendants' Motions to Dismiss.

DONE IN OPEN COURT THIS 26th DAY OF March, 2026

_____

THE HONORABLE TANA LIN

Presented by:

By: *s/ Anthony Todaro*

Anthony Todaro, WSBA No. 30391
**DLA PIPER LLP (US)**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Telephone: (206) 839-4800
Facsimile: (206) 839-4801
anthony.todaro@us.dlapiper.com

AND

Sean Cunningham (admitted *pro hac vice*)
Erin Gibson (admitted *pro hac vice*)
Daniel Valencia (admitted *pro hac vice*)
Hayley Ostrin (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4593
Facsimile: (202) 799-5593
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com
daniel.valencia@us.dlapiper.com
hayley.ostrin@us.dlapiper.com

Catherine Huang (admitted *pro hac vice*)
**DLA PIPER LLP US**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER TO STAY
DISCOVERY - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

Facsimile: (858) 677-1401
catherine.huang@us.dlapiper.com

Tessa Duxbury (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Ste 400 N. Tower
Los Angeles, CA 90067-4735
Telephone: (310 595-3287
Facsimile: (310) 595-3487
tessa.duxbury@us.dlapiper.com

Paul Steadman (admitted *pro hac vice*)
Chris Katsantonis (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 927-8135
Facsimile: (312) 251-2850
paul.steadman@us.dlapiper.com
chris.katsantonis@us.dlapiper.com

Michael Strapp (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile: (617) 406-6174
michael.strapp@us.dlapiper.com

*Attorneys for Apple Inc.*

*s/ Angelo J. Calfo*
Angelo J. Calfo
**ANGELI & CALFO LLC**
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
angelo@angelicalfo.com

Asim Zaidi (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Jeffrey S. Seddon (admitted *pro hac vice*)
Jamie L. Kringstein (admitted *pro hac vice*)
**DESMARAIS LLP**
230 Park Ave.
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3400

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER TO STAY
DISCOVERY - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

Kurt Fredrickson (admitted *pro hac vice*)
**DESMARAIS LLP**
101 California Ave., Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: 573-1901

*Attorneys for Intel Corporation*

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER TO STAY
DISCOVERY - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 26th day of March, 2026

s/ Jenelle Barrett
Jenelle Barrett, Legal Executive Assistant

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER TO STAY
DISCOVERY - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800